# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### HATTIESBURG DIVISION

| | |
|---|---|
| **TAMA AND HAROLD MCGILL,** | * |
| **Plaintiffs,** | * |
| vs. | * CIVIL ACTION NO. 2:05cv2053KS-JMR |
| **AMERICAN INTERNATIONAL GROUP, INC; et al.** | * |
| **Defendants.** | * |

## ORDER OF DISMISSAL

Upon the motion of the Plaintiffs to dismiss this case with prejudice, it is

**ORDERED** that the Plaintiffs' Motion to Dismiss is hereby **GRANTED**; and that this case is hereby finally **DISMISSED** with prejudice.

**SO ORDERED** this the 8th day of February, 2006.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE